AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ELLISA PANCOE | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| JBI, INC., f/k/a 310 HOLDINGS, INC., JOHN | ) |
| BORDYNUIK, and RONALD BALDWIN, JR. | ) |
| *Defendant* | ) |

Civil Action No.  3:11-cv-00545-RCJ -RAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JBI, INC., f/k/a 310 HOLDINGS, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David C. O'Mara, Esq.
The O'Mara Law Firm, P.C.
311 East Liberty Street
Reno, Nevada 89501
Telephone: (775) 323-1321
Facsimile: (775) 323-4082

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

| | |
|---|---|
| Lance S. Wilson | 07/29/2011 |
| Clerk | Date |

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   3:11-cv-00545-RCJ -RAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                     .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)*                     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*                     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)*                     ; or

☐ I returned the summons unexecuted because                                        ; or

☐ Other *(specify):*

_____ .

My fees are $                 for travel and $                 for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                        *Server's signature*

                                                       _____
                                                        *Printed name and title*

                                                       _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

STATE OF NEVADA   )
                           )
COUNTY OF CLARK   )

TINA J. SANCHEZ, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Friday August 12 2011; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; AND CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**I served the same on Sunday August 21 2011 at 07:20PM by:**

**Serving Defendant JBI, INC., f/k/a 310 HOLDINGS, INC., BY SERVING KILLUCAN INTERNATIONAL, INC., REGISTERED AGENT**

Substituted Service, by leaving the copies with or in the presence of: "JOHN DOE", WHITE MALE ADULT, APPROXIMATELY 50-60 YEARS OF AGE, 5'9", 210 LBS., WITH GRAY HAIR, BLUE EYES, WHO REFUSED TO STATE HIS NAME, ON BEHALF OF KILLUCAN INTERNATIONAL, INC., REGISTERED AGENT, PURSUANT TO NRS 14.020, AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE ADDRESS OF THE REGISTERED AGENT AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE Person of suitable age and discretion.  at the Defendant's Home located at 4830 IMPRESSARIO CT., LAS VEGAS, NV  89149.

SUBSCRIBED AND SWORN to before me on this
**Monday August 22 2011 By the Affiant.**

Notary Public

CLARA M. JIMENEZ
Notary Public State of Nevada
No. 04-93249-1
My appt. exp. Dec. 2, 2012

1389

Affiant: TINA J. SANCHEZ #Reg W/C #R038221
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

3231321.342971  v