Patrick R. Leverty
**LEVERTY & ASSOCIATES LAW, CHTD.**
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Fax: (775) 322-3953
Email: pat@levertylaw.com

Counsel for Plaintiff

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELLISA PANCOE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JBI, INC., f/k/a 310 HOLDINGS, Inc., JOHN BORDYNUIK, and RONALD BALDWIN, JR.,<br><br>Defendants. | No.  11-cv-00545-RCJ-WGC<br><br>**NOTICE OF WITHDRAWAL OF TIM AMOS' LEAD PLAINTIFF MOTION**<br><br>CLASS ACTION<br><br>CHIEF JUDGE: Hon. Robert C. Jones |

0

1

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

2

3

4

5

Lead Plaintiff Movant Tim Amos hereby withdraws his motion for appointment as lead plaintiff and for approval of his selection of counsel, docket no. 16.  This withdrawal is made without prejudice to Mr. Amos' right to participate in this action as a member of the proposed class and to share in any settlement or recovery.

6

Dated:  October 13, 2011

7

Respectfully submitted,

8

**LEVERTY & ASSOCIATES LAW, CHTD.**

9

10

11

12

13

/S/ *Patrick Leverty*
Patrick R. Leverty
832 Willow Street
Reno, Nevada 89502
Telephone: (775) 322-6636
Fax: (775) 322-3953
Email: pat@levertylaw.com

14

[Proposed] Liaison Counsel for Plaintiffs and Class

15

16

17

18

19

**THE ROSEN LAW FIRM, P.A.**
 Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

20

[Proposed] Lead Counsel for Plaintiffs and Class

21

22

**CERTIFICATE OF SERVICE**

23

24

I hereby certify that on October 13, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

25

26

27

/s/ *Patrick Leverty*
Patrick R. Leverty

28

1