```
1  RICHARD G. CAMPBELL, JR.
   Nevada Bar No.: 1832
2  BRET F. MEICH
   Nevada Bar No.: 11208
3  ARMSTRONG TEASDALE, LLP
   50 West Liberty Street, Suite 950
4  Reno, Nevada 89501
   Telephone No.: 775-322-7400
5
   Michael R. MacPhail (Admitted *pro hac vice*)
6  Sarah L. Geiger (Pending *pro hac vice*)
   FAEGRE BAKER DANIELS, LLP
7  3200 Wells Fargo Center
   1700 Lincoln Street
8  Denver, CO 80203-4532
   Telephone: 303-607-3500
9  Fax: 303-607-3600

10
   Attorneys for Defendants
11
                    UNITED STATES DISTRICT COURT
12
                          DISTRICT OF NEVADA
13
```

| | |
|---|---|
| HOWARD L. HOWELL, Lead Plaintiff, ELLISA PANCOE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JBI, INC., f/k/a 310 HOLDINGS, INC., JOHN BORDYNUIK, and RONALD BALDWIN, JR.,<br><br>Defendants. | CASE NO. 3:11-CV-545-RCJ-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE FIRST RESPONSIVE PLEADING TO AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>[SECOND REQUEST] |

Lead Plaintiff, HOWARD L. HOWELL, Plaintiff ELLISA PANCOE, and Defendants JBI, INC., f/k/a 310 HOLDINGS, INC., JOHN BORDYNUIK and RONALD BALDWIN, JR., ("Parties") by and through their counsel, hereby stipulate and agree to this second stipulation for an extension of time pursuant to Local Rule ("LR") 6-1 for Defendants to answer or otherwise respond to the Amended Complaint in this matter.

WHEREAS, the Plaintiffs in the above-captioned action (the "Action") filed a complaint on July 28, 2011 (the "Complaint"), that asserts claims under the Securities

Exchange Act of 1934 (the "Exchange Act") on behalf of a putative class against JBI, Inc., f/k/a 310 Holdings, Inc., John Bordynuik and Ronald Baldwin, Jr. The Plaintiffs filed an Amended Complaint on July 10, 2012. Based on the previous stipulations between the Parties, the Defendants first responsive pleading would be due on September 10, 2012.

WHEREAS, the Parties are in the process of settlement negotiations and have scheduled a mediation in this matter for August 3, 2012.

WHEREAS, the Parties have conferred and agreed it would be more efficient to extend the time for Defendants JBI, Inc., John Bordynuik and Ronald Baldwin, Jr. to answer or otherwise respond to the Amended Complaint in the Action until 60 days following August 6, 2012, which is the Monday following the scheduled mediation.

WHEREAS, nothing in this Stipulation shall be construed as waiving any rights, arguments, defenses (including, without limitation, jurisdictional defenses), positions in law or in equity, or objections that may be asserted by Defendants JBI, Inc., John Bordynuik, or Ronald Baldwin with respect to the Amended Complaint or any other complaint that may be filed in this Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that:

1. Defendants JBI, Inc., John Bordynuik and Ronald Baldwin, Jr. are not obligated to answer, move against, or otherwise respond to the Amended Complaint filed in the above-captioned action until sixty (60) days following August 6, 2012, which is October 5, 2012. Plaintiffs will have thirty (30) days to file an opposition to any motion to dismiss filed by Defendants, and Defendants will have thirty (30) days to file a reply to Planitiffs' opposition.

A proposed order is attached.

| | | |
|---|---|---|
| 1 | Dated this [8]th day of July, 2012. | Dated this [12]th day of July, 2012. |
| 2 | ARMSTRONG TEASDALE, LLP | THE O'MARA LAW FIRM, P.C. |

By: */s/ Bret F. Meich*
    Richard G. Campbell, Jr.
    Bret F. Meich
    50 West Liberty Street, Suite 950
    Reno, NV 89501
    Telephone: 775-322-7400
    Facsimile: 775-322-9049

**Attorneys for Defendants**

By: */s/ David C. O'Mara*
    David C. O'Mara
    Nevada State Bar No. 8599
    311 E. Liberty Street
    Reno, Nevada 89051
    Telephone: 775-323-1321
    Facsimile: 775-323-4082

GLANCY BINKOW &
GOLDBERG LLP

Lionel Glancy
Michael Goldberg
Robert V. Prongay
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: 310-201-9150
Facsimile: 310-201-9160

**Attorney for Plaintiffs**

## ORDER

IT IS SO ORDERED that Defendants JBI, INC., f/k/a 310 HOLDINGS, INC., JOHN BORDYNUIK and RONALD BALDWIN, JR., be allowed to file their first responsive pleading to Plaintiffs' Amended Complaint on October 5, 2012. Plaintiffs will have thirty (30) days to file an opposition to any motion to dismiss filed by Defendants, and Defendants will have thirty (30) days to file a reply to Planitiffs' opposition.

DATED: July 24, 2012.

_____
United States Magistrate Judge