December 4, 2015

To: JBI, Inc. Securities Litigation
    Claims Administrator
    c/o Gilardi & Co. LLC
    P.O. Box 8040
    San Rafael, CA 94912-8040
    Toll Free: (888) 283-2856
    Email: classact@gilardi.com

From: Craig Vinke
      15915 South Park Avenue
      South Holland, Il 60473



Re: JBI Securities Litigation Case No. 3:11-CV-00545-RCJ-WGC

As a member of the class I have filed a claim and submitted documentation as required. To date I have not been contacted with regard to my claims acceptance. I have questions.

First, can you provide an estimated date those filing valid claims will be informed of the status of their claim?

Second when that occurs, can the amount of the total recognized loss be provided so each accepted claimant could calculate their own pro rata share of the 3,000,000 settlement fund upon the liquidation of the 3,000,000 shares.

Third, in observing market trading of the stock each day since August a trade of 12,500 shares occurs giving the appearance the liquidation of the 3,000,000 shares is taking place. If that is the case fine. If it is not the case; it is evidence to me of an attempt to manipulate the stock price. Under the terms of the Settlement Agreement Gilardi is required to provide the JBI counsel with a monthly report detailing those sales. Per Paragraph 15 of the Settlement Agreement: "Lead Counsel will provide a monthly report to counsel for JBI 10 days after the beginning of each month showing the sales of the shares of stock in the Settlement Fund that occurred in the prior month." Have any of the 3,000,000 shares provided to establish the Settlement Fund been sold?

Fourth, could the monthly report be posted on the website each month?


Regards,

*Cy Vinke* (signature)

Craig Vinke

cc:

via Email: ir@jbi.net

Case No. 3:11-CV-00545-RCJ-WGC
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
US District Court - Reno
400 S. Virginia St.
Reno, NV 89501
The Honorable Robert C. Jones
Chief United States District Judge