EXHIBIT D

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| # | Claim # | Recognized Loss |
|---|---------|-----------------|
| 1 | 100005-5 | $ 20,212.00 |
| 2 | 100014-4 | $ 9,960.00 |
| 3 | 100016-0 | $ 6,500.00 |
| 4 | 100019-5 | $ 1,203.00 |
| 5 | 100022-5 | $ 851.40 |
| 6 | 100023-3 | $ 1,940.00 |
| 7 | 100025-0 | $ 9,943.55 |
| 8 | 100027-6 | $ 96.00 |
| 9 | 100029-2 | $ 25,337.00 |
| 10 | 100034-9 | $ 1,291.00 |
| 11 | 100036-5 | $ 334.14 |
| 12 | 100037-3 | $ 15.00 |
| 13 | 100038-1 | $ 2,104.00 |
| 14 | 100039-0 | $ 423.00 |
| 15 | 100044-6 | $ 6,283.00 |
| 16 | 100046-2 | $ 1,920.00 |
| 17 | 100048-9 | $ 12,230.00 |
| 18 | 100050-0 | $ 2,580.00 |
| 19 | 100051-9 | $ 1,920.00 |
| 20 | 100052-7 | $ 528.00 |
| 21 | 100054-3 | $ 1,488.00 |
| 22 | 100059-4 | $ 864.00 |
| 23 | 100060-8 | $ 2,000.00 |
| 24 | 100062-4 | $ 1,808.12 |
| 25 | 100071-3 | $ 1,186.00 |
| 26 | 100072-1 | $ 56.00 |
| 27 | 100077-2 | $ 3,636.00 |
| 28 | 100078-0 | $ 900.00 |
| 29 | 100079-9 | $ 19,584.00 |
| 30 | 100080-2 | $ 2,501.76 |
| 31 | 100086-1 | $ 1,250.00 |
| 32 | 100087-0 | $ 384.00 |
| 33 | 100090-0 | $ 229.00 |
| 34 | 100091-8 | $ 4,485.80 |
| 35 | 100094-2 | $ 13,465.54 |
| 36 | 100095-0 | $ 4,410.00 |
| 37 | 100096-9 | $ 106.00 |
| 38 | 100097-7 | $ 190.00 |
| 39 | 100100-0 | $ 1,080.00 |
| 40 | 100102-7 | $ 4,157.00 |
| 41 | 100103-5 | $ 1,260.00 |
| 42 | 100104-3 | $ 1,038.00 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 43 | 100106-0 | $ | 30,517.00 |
| 44 | 100108-6 | $ | 14,162.30 |
| 45 | 100109-4 | $ | 63.77 |
| 46 | 100113-2 | $ | 530.00 |
| 47 | 100119-1 | $ | 40.00 |
| 48 | 100123-0 | $ | 1,974.00 |
| 49 | 100124-8 | $ | 3,510.00 |
| 50 | 100125-6 | $ | 270.00 |
| 51 | 100128-0 | $ | 21,891.00 |
| 52 | 100129-9 | $ | 832.00 |
| 53 | 100130-2 | $ | 4,402.00 |
| 54 | 100133-7 | $ | 11,316.00 |
| 55 | 100134-5 | $ | 22,330.00 |
| 56 | 100135-3 | $ | 6,800.00 |
| 57 | 100138-8 | $ | 10,746.00 |
| 58 | 100139-6 | $ | 14,820.40 |
| 59 | 100140-0 | $ | 6,930.00 |
| 60 | 100141-8 | $ | 6,438.16 |
| 61 | 100144-2 | $ | 2,644.00 |
| 62 | 100145-0 | $ | 1,324.70 |
| 63 | 100146-9 | $ | 6,750.00 |
| 64 | 100150-7 | $ | 51.60 |
| 65 | 100153-1 | $ | 229.60 |
| 66 | 100154-0 | $ | 1,449.00 |
| 67 | 100155-8 | $ | 572.58 |
| 68 | 100158-2 | $ | 900.00 |
| 69 | 100159-0 | $ | 1,920.00 |
| 70 | 100160-4 | $ | 9,338.60 |
| 71 | 100167-1 | $ | 184.00 |
| 72 | 100171-0 | $ | 814.00 |
| 73 | 100173-6 | $ | 248.38 |
| 74 | 100174-4 | $ | 121.00 |
| 75 | 100176-0 | $ | 292.00 |
| 76 | 100178-7 | $ | 5,107.00 |
| 77 | 100179-5 | $ | 1,032.00 |
| 78 | 100180-9 | $ | 2,787.84 |
| 79 | 100181-7 | $ | 463.00 |
| 80 | 100183-3 | $ | 121.00 |
| 81 | 100184-1 | $ | 2,208.00 |
| 82 | 100185-0 | $ | 3,798.00 |
| 83 | 100186-8 | $ | 2,340.00 |
| 84 | 100187-6 | $ | 9,600.00 |
| 85 | 100191-4 | $ | 30,865.55 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 86 | 100192-2 | $ | 2,218.00 |
| 87 | 100198-1 | $ | 2,580.00 |
| 88 | 100199-0 | $ | 64.50 |
| 89 | 100200-7 | $ | 960.00 |
| 90 | 100202-3 | $ | 384.00 |
| 91 | 100203-1 | $ | 795.00 |
| 92 | 100204-0 | $ | 75.00 |
| 93 | 100205-8 | $ | 4,272.00 |
| 94 | 100208-2 | $ | 660.00 |
| 95 | 100211-2 | $ | 3,249.94 |
| 96 | 100212-0 | $ | 4,800.00 |
| 97 | 100213-9 | $ | 176.45 |
| 98 | 100215-5 | $ | 546.00 |
| 99 | 100216-3 | $ | 90.30 |
| 100 | 100217-1 | $ | 30.00 |
| 101 | 100218-0 | $ | 182.60 |
| 102 | 100219-8 | $ | 250.00 |
| 103 | 100220-1 | $ | 201.80 |
| 104 | 100224-4 | $ | 165.00 |
| 105 | 100225-2 | $ | 2,112.00 |
| 106 | 100229-5 | $ | 694.00 |
| 107 | 100233-3 | $ | 384.00 |
| 108 | 100235-0 | $ | 2,070.00 |
| 109 | 100236-8 | $ | 795.00 |
| 110 | 100237-6 | $ | 576.00 |
| 111 | 100239-2 | $ | 4,206.00 |
| 112 | 100242-2 | $ | 1,890.00 |
| 113 | 100243-0 | $ | 249.60 |
| 114 | 100244-9 | $ | 9,546.00 |
| 115 | 100245-7 | $ | 5,320.00 |
| 116 | 100249-0 | $ | 817.00 |
| 117 | 100252-0 | $ | 4,078.00 |
| 118 | 100253-8 | $ | 1,014.00 |
| 119 | 100254-6 | $ | 3,040.00 |
| 120 | 100255-4 | $ | 12,900.00 |
| 121 | 100256-2 | $ | 660.00 |
| 122 | 100258-9 | $ | 750.00 |
| 123 | 100259-7 | $ | 104.80 |
| 124 | 100261-9 | $ | 188.16 |
| 125 | 100262-7 | $ | 1,707.80 |
| 126 | 100263-5 | $ | 51.00 |
| 127 | 100264-3 | $ | 30.50 |
| 128 | 100266-0 | $ | 480.00 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 129 | 100267-8 | $ | 630.00 |
| 130 | 100268-6 | $ | 903.00 |
| 131 | 100269-4 | $ | 180.00 |
| 132 | 100273-2 | $ | 108.00 |
| 133 | 100274-0 | $ | 355.00 |
| 134 | 100279-1 | $ | 267.00 |
| 135 | 100281-3 | $ | 413.00 |
| 136 | 100284-8 | $ | 854.00 |
| 137 | 100285-6 | $ | 1,597.02 |
| 138 | 100286-4 | $ | 4,400.00 |
| 139 | 100288-0 | $ | 14,500.00 |
| 140 | 100289-9 | $ | 192.00 |
| 141 | 100290-2 | $ | 4,053.80 |
| 142 | 100291-0 | $ | 1,152.00 |
| 143 | 100293-7 | $ | 146.60 |
| 144 | 100294-5 | $ | 149.00 |
| 145 | 100299-6 | $ | 215.00 |
| 146 | 100301-1 | $ | 322.50 |
| 147 | 100303-8 | $ | 2,022.50 |
| 148 | 100304-6 | $ | 3,285.00 |
| 149 | 100305-4 | $ | 21,873.60 |
| 150 | 100306-2 | $ | 9,129.60 |
| 151 | 100307-0 | $ | 2,216.56 |
| 152 | 100308-9 | $ | 32,330.00 |
| 153 | 100310-0 | $ | 645.00 |
| 154 | 100313-5 | $ | 774.00 |
| 155 | 100315-1 | $ | 45,065.20 |
| 156 | 100318-6 | $ | 2,792.00 |
| 157 | 100319-4 | $ | 9,391.00 |
| 158 | 100320-8 | $ | 320.00 |
| 159 | 100321-6 | $ | 320.00 |
| 160 | 100322-4 | $ | 2,220.00 |
| 161 | 100323-2 | $ | 1,152.00 |
| 162 | 100324-0 | $ | 1,488.00 |
| 163 | 100325-9 | $ | 4,024.36 |
| 164 | 100326-7 | $ | 2,994.84 |
| 165 | 100327-5 | $ | 7,618.60 |
| 166 | 100328-3 | $ | 1,042.00 |
| 167 | 100329-1 | $ | 9,340.00 |
| 168 | 100330-5 | $ | 730.00 |
| 169 | 100331-3 | $ | 3,390.00 |
| 170 | 100335-6 | $ | 4,809.00 |
| 171 | 100336-4 | $ | 1,545.00 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 172 | 100337-2 | $ | 3,811.20 |
| 173 | 100338-0 | $ | 2,860.60 |
| 174 | 100339-9 | $ | 5,420.00 |
| 175 | 100340-2 | $ | 1,281.00 |
| 176 | 100342-9 | $ | 839.40 |
| 177 | 100343-7 | $ | 12,900.00 |
| 178 | 100344-5 | $ | 284.10 |
| 179 | 100346-1 | $ | 2,868.00 |
| 180 | 100347-0 | $ | 960.00 |
| 181 | 100349-6 | $ | 571.20 |
| 182 | 100350-0 | $ | 5,160.00 |
| 183 | 100351-8 | $ | 63.00 |
| 184 | 100353-4 | $ | 1,483.50 |
| 185 | 100354-2 | $ | 6,075.90 |
| 186 | 100355-0 | $ | 54,077.12 |
| 187 | 100356-9 | $ | 1,983.20 |
| 188 | 100360-7 | $ | 879.10 |
| 189 | 100361-5 | $ | 240.00 |
| 190 | 100362-3 | $ | 115.00 |
| 191 | 100365-8 | $ | 516.00 |
| 192 | 100371-2 | $ | 4,470.00 |
| 193 | 100372-0 | $ | 9,325.20 |
| 194 | 100373-9 | $ | 19,279.64 |
| 195 | 100374-7 | $ | 34,529.40 |
| 196 | 100375-5 | $ | 7,427.80 |
| 197 | 100376-3 | $ | 21,103.20 |
| 198 | 100380-1 | $ | 920.00 |
| 199 | 100381-0 | $ | 1,059.84 |
| 200 | 100383-6 | $ | 576.00 |
| 201 | 100384-4 | $ | 4,124.52 |
| 202 | 100387-9 | $ | 496.00 |
| 203 | 100388-7 | $ | 258.00 |
| 204 | 100390-9 | $ | 1,649.00 |
| 205 | 100391-7 | $ | 413.96 |
| 206 | 100393-3 | $ | 4,796.00 |
| 207 | 100396-8 | $ | 870.00 |
| 208 | 100397-6 | $ | 2,580.00 |
| 209 | 100401-8 | $ | 4,555.60 |
| 210 | 100409-3 | $ | 590.00 |
| 211 | 100410-7 | $ | 1,780.00 |
| 212 | 100412-3 | $ | 114.00 |
| 213 | 100413-1 | $ | 960.00 |
| 214 | 100414-0 | $ | 658.40 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 215 | 100422-0 | $ | 11,479.68 |
| 216 | 100423-9 | $ | 300.00 |
| 217 | 100424-7 | $ | 3,467.00 |
| 218 | 100427-1 | $ | 7,249.85 |
| 219 | 100431-0 | $ | 2,682.00 |
| 220 | 100434-4 | $ | 3,870.00 |
| 221 | 100435-2 | $ | 1,419.00 |
| 222 | 100436-0 | $ | 2,347.80 |
| 223 | 100438-7 | $ | 288.00 |
| 224 | 100439-5 | $ | 1,395.00 |
| 225 | 100440-9 | $ | 1,440.00 |
| 226 | 100442-5 | $ | 4,608.00 |
| 227 | 100444-1 | $ | 480.00 |
| 228 | 100445-0 | $ | 8,423.20 |
| 229 | 100446-8 | $ | 1,920.00 |
| 230 | 100448-4 | $ | 3,840.00 |
| 231 | 100453-0 | $ | 2,335.00 |
| 232 | 100454-9 | $ | 16,574.00 |
| 233 | 100456-5 | $ | 7,567.00 |
| 234 | 100457-3 | $ | 400.00 |
| 235 | 100459-0 | $ | 188.00 |
| 236 | 100460-3 | $ | 1,063.00 |
| 237 | 100465-4 | $ | 26.00 |
| 238 | 100466-2 | $ | 9,348.48 |
| 239 | 100467-0 | $ | 72.00 |
| 240 | 100472-7 | $ | 5,712.00 |
| 241 | 100473-5 | $ | 7,296.00 |
| 242 | 100476-0 | $ | 148.30 |
| 243 | 100478-6 | $ | 232.32 |
| 244 | 100482-4 | $ | 549.00 |
| 245 | 100486-7 | $ | 99.80 |
| 246 | 100487-5 | $ | 22.00 |
| 247 | 100488-3 | $ | 1,100.00 |
| 248 | 100489-1 | $ | 2,635.80 |
| 249 | 100491-3 | $ | 480.00 |
| 250 | 100492-1 | $ | 1,279.00 |
| 251 | 100493-0 | $ | 121.80 |
| 252 | 100494-8 | $ | 960.00 |
| 253 | 100495-6 | $ | 561.00 |
| 254 | 100496-4 | $ | 3,090.00 |
| 255 | 100497-2 | $ | 6,291.40 |
| 256 | 100500-6 | $ | 250.00 |
| 257 | 100501-4 | $ | 1,920.00 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 258 | 100503-0 | $ | 279.93 |
| 259 | 100504-9 | $ | 945.00 |
| 260 | 100506-5 | $ | 105.00 |
| 261 | 100509-0 | $ | 137,734.00 |
| 262 | 100510-3 | $ | 2,140.00 |
| 263 | 100511-1 | $ | 6.35 |
| 264 | 100512-0 | $ | 292.20 |
| 265 | 100515-4 | $ | 4,080.00 |
| 266 | 100516-2 | $ | 3,840.00 |
| 267 | 100517-0 | $ | 3,460.00 |
| 268 | 100518-9 | $ | 3,840.00 |
| 269 | 100519-7 | $ | 3,840.00 |
| 270 | 100528-6 | $ | 1,326.00 |
| 271 | 100529-4 | $ | 2,531.20 |
| 272 | 100539-1 | $ | 372.07 |
| 273 | 100540-5 | $ | 44,501.30 |
| 274 | 100541-3 | $ | 261.20 |
| 275 | 100548-0 | $ | 7,006.50 |
| 276 | 100549-9 | $ | 31,531.00 |
| 277 | 100550-2 | $ | 17,901.80 |
| 278 | 100551-0 | $ | 6,910.80 |
| 279 | 100552-9 | $ | 19,370.80 |
| 280 | 100555-3 | $ | 11,865.00 |
| 281 | 100556-1 | $ | 1,525.10 |
| 282 | 100557-0 | $ | 50,570.46 |
| 283 | 100558-8 | $ | 6,578.28 |
| 284 | 100560-0 | $ | 3,065.00 |
| 285 | 100562-6 | $ | 8,510.00 |
| 286 | 100575-8 | $ | 2,640.00 |
| 287 | 100586-3 | $ | 93.00 |
| 288 | 100594-4 | $ | 990.00 |
| 289 | 100596-0 | $ | 9.00 |
| 290 | 100599-5 | $ | 191.80 |
| 291 | 100602-9 | $ | 3,804.00 |
| 292 | 100605-3 | $ | 360.00 |
| 293 | 100607-0 | $ | 23.00 |
| 294 | 100608-8 | $ | 568.80 |
| 295 | 100609-6 | $ | 3,056.64 |
| 296 | 100610-0 | $ | 384.00 |
| 297 | 100611-8 | $ | 107.00 |
| 298 | 100612-6 | $ | 538.20 |
| 299 | 100615-0 | $ | 2,334.00 |
| 300 | 100618-5 | $ | 2,335.00 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| 301 | 100619-3 | $ | 5,710.00 |
|---|---|---|---|
| 302 | 100621-5 | $ | 552.00 |
| 303 | 100622-3 | $ | 1,260.00 |
| 304 | 100631-2 | $ | 3,922.38 |
| 305 | 100632-0 | $ | 3,882.20 |
| 306 | 100634-7 | $ | 1,810.00 |
| 307 | 100637-1 | $ | 1,027.00 |
| 308 | 100638-0 | $ | 4,358.00 |
| 309 | 100639-8 | $ | 1,385.14 |
| 310 | 100640-1 | $ | 4,542.00 |
| 311 | 100641-0 | $ | 6,053.20 |
| 312 | 100646-0 | $ | 8,651.44 |
| 313 | 100647-9 | $ | 14,607.20 |
| 314 | 100649-5 | $ | 66.20 |
| 315 | 100650-9 | $ | 9,216.00 |
| 316 | 100651-7 | $ | 20,089.60 |
| 317 | 100652-5 | $ | 959.00 |
| 318 | 100653-3 | $ | 307.00 |
| 319 | 100658-4 | $ | 730.00 |
| 320 | 100659-2 | $ | 96.00 |
| 321 | 100661-4 | $ | 338.40 |
| 322 | 100665-7 | $ | 36,875.26 |
| 323 | 100667-3 | $ | 480.00 |
| 324 | 100673-8 | $ | 369.80 |
| 325 | 100674-6 | $ | 836.35 |
| 326 | 100675-4 | $ | 90.30 |
| 327 | 100676-2 | $ | 192.00 |
| 328 | 100677-0 | $ | 3,241.00 |
| 329 | 100679-7 | $ | 5,256.00 |
| 330 | 100690-8 | $ | 40.50 |
| 331 | 100691-6 | $ | 789.48 |
| 332 | 100692-4 | $ | 1,797.00 |
| 333 | 100693-2 | $ | 96.00 |
| 334 | 100700-9 | $ | 3,863.08 |
| 335 | 100706-8 | $ | 2,295.00 |
| 336 | 100708-4 | $ | 1,164.60 |
| 337 | 100709-2 | $ | 51,000.00 |
| 338 | 100710-6 | $ | 424.00 |
| 339 | 100712-2 | $ | 2,167.85 |
| 340 | 100717-3 | $ | 396.40 |
| 341 | 100718-1 | $ | 4,966.40 |
| 342 | 100723-8 | $ | 336.19 |
| 343 | 100724-6 | $ | 25,914.80 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 344 | 100725-4 | $ | 569.68 |
| 345 | 100737-8 | $ | 3.00 |
| 346 | 100738-6 | $ | 1,605.00 |
| 347 | 100739-4 | $ | 516.00 |
| 348 | 100743-2 | $ | 697.80 |
| 349 | 100744-0 | $ | 1,092.00 |
| 350 | 100745-9 | $ | 5,969.00 |
| 351 | 100749-1 | $ | 7,091.00 |
| 352 | 100757-2 | $ | 2,000.00 |
| 353 | 100758-0 | $ | 5,740.00 |
| 354 | 100759-9 | $ | 4,152.80 |
| 355 | 100763-7 | $ | 4,910.30 |
| 356 | 100769-6 | $ | 899.00 |
| 357 | 100771-8 | $ | 910.22 |
| 358 | 100775-0 | $ | 336.02 |
| 359 | 100776-9 | $ | 2,130.38 |
| 360 | 100778-5 | $ | 90.20 |
| 361 | 100779-3 | $ | 89.00 |
| 362 | 100780-7 | $ | 86.00 |
| 363 | 100781-5 | $ | 93.60 |
| 364 | 100784-0 | $ | 626.86 |
| 365 | 100785-8 | $ | 2,980.00 |
| 366 | 100786-6 | $ | 51.60 |
| 367 | 100787-4 | $ | 4,290.00 |
| 368 | 100795-5 | $ | 8,220.67 |
| 369 | 100797-1 | $ | 1,409.00 |
| 370 | 100799-8 | $ | 960.00 |
| 371 | 100800-5 | $ | 2,497.00 |
| 372 | 100802-1 | $ | 1,630.00 |
| 373 | 100803-0 | $ | 1,677.00 |
| 374 | 100805-6 | $ | 65,360.00 |
| 375 | 100808-0 | $ | 134.40 |
| 376 | 100809-9 | $ | 2,718.00 |
| 377 | 100811-0 | $ | 36,187.00 |
| 378 | 100812-9 | $ | 415.60 |
| 379 | 100813-7 | $ | 2,796.80 |
| 380 | 100819-6 | $ | 6,097.80 |
| 381 | 100821-8 | $ | 4,733.56 |
| 382 | 100822-6 | $ | 1,565.00 |
| 383 | 100826-9 | $ | 3,490.00 |
| 384 | 100827-7 | $ | 2,580.00 |
| 385 | 100830-7 | $ | 2,880.00 |
| 386 | 100831-5 | $ | 2,128.50 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| 387 | 100833-1 | $ | 773.00 |
| 388 | 100835-8 | $ | 603.72 |
| 389 | 100837-4 | $ | 1,424.64 |
| 390 | 100838-2 | $ | 3,840.00 |
| 391 | 100839-0 | $ | 2,396.16 |
| 392 | 100841-2 | $ | 1,257.08 |
| 393 | 100842-0 | $ | 7,096.32 |
| 394 | 100843-9 | $ | 1,924.00 |
| 395 | 100848-0 | $ | 564.48 |
| 396 | 100851-0 | $ | 157.75 |
| 397 | 100852-8 | $ | 4,615.00 |
| 398 | 100853-6 | $ | 2,778.00 |
| 399 | 100857-9 | $ | 1,152.00 |
| 400 | 100858-7 | $ | 9,227.00 |
| 401 | 100859-5 | $ | 752.14 |
| 402 | 100860-9 | $ | 180.00 |
| 403 | 100864-1 | $ | 2,279.90 |
| 404 | 100866-8 | $ | 843.80 |
| 405 | 100868-4 | $ | 293.00 |
| 406 | 100869-2 | $ | 702.00 |
| 407 | 100871-4 | $ | 1,920.00 |
| 408 | 100872-2 | $ | 1,282.31 |
| 409 | 100874-9 | $ | 24,021.69 |
| 410 | 100881-1 | $ | 865.00 |
| 411 | 100888-9 | $ | 612.24 |
| 412 | 100891-9 | $ | 13,291.00 |
| 413 | 100894-3 | $ | 2,400.00 |
| 414 | 100895-1 | $ | 5,991.00 |
| 415 | 100899-4 | $ | 3,630.00 |
| 416 | 100900-1 | $ | 8,116.00 |
| 417 | 100901-0 | $ | 34,473.00 |
| 418 | 100903-6 | $ | 1,894.00 |
| 419 | 100904-4 | $ | 57.20 |
| 420 | 100905-2 | $ | 5,396.92 |
| 421 | 100906-0 | $ | 26,829.72 |
| 422 | 100908-7 | $ | 1,548.00 |
| 423 | 100912-5 | $ | 1,407.00 |
| 424 | 100914-1 | $ | 6,450.00 |
| 425 | 100915-0 | $ | 540.00 |
| 426 | 100917-6 | $ | 371.80 |
| 427 | 100918-4 | $ | 9,271.00 |
| 428 | 100921-4 | $ | 858.00 |
| 429 | 100931-1 | $ | 3,828.72 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(1) - Accepted Claims with Recognized Loss

| | | | |
|---|---|---|---|
| **430** | 100933-8 | $ | 4,563.20 |
| **431** | 100935-4 | $ | 1,513.00 |
| **432** | 100936-2 | $ | 5,578.00 |
| **433** | 100944-3 | $ | 23,040.00 |
| **434** | 100945-1 | $ | 7,423.27 |
| **435** | 100946-0 | $ | 96.00 |
| **436** | 100947-8 | $ | 3,865.00 |
| **437** | 100950-8 | $ | 2,541.00 |
| **438** | 100952-4 | $ | 1,940.00 |
| **439** | 100953-2 | $ | 584.00 |
| **440** | 100954-0 | $ | 26,880.00 |
| **441** | 100955-9 | $ | 999.00 |
| **442** | 100959-1 | $ | 300.00 |
| **443** | 100960-5 | $ | 160.00 |
| **444** | 100961-3 | $ | 2,580.00 |
| **445** | 100962-1 | $ | 5,639.00 |
| **446** | 100963-0 | $ | 70,325.00 |
| **447** | 100964-8 | $ | 1,325.00 |
| **448** | 100966-4 | $ | 5,215.08 |
| **449** | 100967-2 | $ | 3,585.00 |
| **450** | 100968-0 | $ | 165.00 |
| **451** | 100973-7 | $ | 563.80 |
| **452** | 100974-5 | $ | 840.00 |
| **453** | 100975-3 | $ | 2,580.00 |
| **454** | 100976-1 | $ | 412.00 |
| **455** | 100978-8 | $ | 1,036.00 |
| **456** | 100980-0 | $ | 361.50 |
| **457** | 600003-7 | $ | 1,935.00 |
| **458** | 600004-5 | $ | 7,900.20 |
| **459** | 600011-8 | $ | 47,395.00 |
| **460** | 600012-6 | $ | 1,938.00 |
| **461** | 600016-9 | $ | 960.00 |
| **462** | 600017-7 | $ | 960.00 |
| **463** | 600018-5 | $ | 7,704.00 |
| **464** | 600027-4 | $ | 12,900.00 |
| **465** | 600028-2 | $ | 1,690.00 |
| **466** | 600031-2 | $ | 5,160.00 |
| **467** | 600034-7 | $ | 1,920.00 |
| **468** | 600035-5 | $ | 1,920.00 |
| **469** | 600036-3 | $ | 766.00 |
| **470** | 600037-1 | $ | 36.00 |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| # | Claim # | Rejection Code |
|---|---------|----------------|
| 1 | 100001-2 | NCL |
| 2 | 100002-0 | NCL |
| 3 | 100003-9 | NP |
| 4 | 100004-7 | NCL |
| 5 | 100006-3 | NCL |
| 6 | 100007-1 | NCL |
| 7 | 100008-0 | NCL |
| 8 | 100009-8 | NCL |
| 9 | 100010-1 | NP |
| 10 | 100011-0 | NCL |
| 11 | 100012-8 | NCL |
| 12 | 100013-6 | NCL |
| 13 | 100015-2 | NCL |
| 14 | 100017-9 | NCL |
| 15 | 100018-7 | NP |
| 16 | 100020-9 | DEF |
| 17 | 100021-7 | NCL |
| 18 | 100024-1 | NCL |
| 19 | 100026-8 | NCL |
| 20 | 100028-4 | NP |
| 21 | 100030-6 | NCL |
| 22 | 100031-4 | NCL |
| 23 | 100032-2 | NCL |
| 24 | 100033-0 | NP |
| 25 | 100035-7 | DEF |
| 26 | 100040-3 | NTX |
| 27 | 100041-1 | NP |
| 28 | 100042-0 | NP |
| 29 | 100043-8 | NP |
| 30 | 100045-4 | NCL |
| 31 | 100047-0 | NCL |
| 32 | 100049-7 | NCL |
| 33 | 100053-5 | NP |
| 34 | 100055-1 | NCL |
| 35 | 100056-0 | NCL |
| 36 | 100057-8 | NCL |
| 37 | 100058-6 | NCL |
| 38 | 100061-6 | NCL |
| 39 | 100063-2 | NP |
| 40 | 100064-0 | NCL |
| 41 | 100065-9 | NCL |
| 42 | 100066-7 | NP |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| 43 | 100067-5 | NCL |
| 44 | 100068-3 | NP |
| 45 | 100069-1 | NCL |
| 46 | 100070-5 | NP |
| 47 | 100073-0 | NP |
| 48 | 100074-8 | NCL |
| 49 | 100075-6 | DUP |
| 50 | 100076-4 | NCL |
| 51 | 100081-0 | NCL |
| 52 | 100082-9 | NP |
| 53 | 100083-7 | DEF |
| 54 | 100084-5 | NP |
| 55 | 100085-3 | NCL |
| 56 | 100088-8 | NCL |
| 57 | 100089-6 | NP |
| 58 | 100092-6 | NCL |
| 59 | 100093-4 | NP |
| 60 | 100098-5 | NCL |
| 61 | 100099-3 | NP |
| 62 | 100101-9 | NTX |
| 63 | 100105-1 | NCL |
| 64 | 100107-8 | NP |
| 65 | 100110-8 | NCL |
| 66 | 100111-6 | NCL |
| 67 | 100112-4 | DEF |
| 68 | 100114-0 | NCL |
| 69 | 100115-9 | NCL |
| 70 | 100116-7 | NP |
| 71 | 100117-5 | NCL |
| 72 | 100118-3 | NP |
| 73 | 100120-5 | NP |
| 74 | 100121-3 | NCL |
| 75 | 100122-1 | NCL |
| 76 | 100126-4 | NCL |
| 77 | 100127-2 | NCL |
| 78 | 100131-0 | NCL |
| 79 | 100132-9 | NCL |
| 80 | 100136-1 | NCL |
| 81 | 100137-0 | NCL |
| 82 | 100142-6 | NCL |
| 83 | 100143-4 | NCL |
| 84 | 100147-7 | NCL |
| 85 | 100148-5 | NCL |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| 86 | 100149-3 | NP |
|---|---|---|
| 87 | 100151-5 | NCL |
| 88 | 100152-3 | NCL |
| 89 | 100156-6 | NCL |
| 90 | 100157-4 | NCL |
| 91 | 100161-2 | NCL |
| 92 | 100162-0 | NCL |
| 93 | 100163-9 | NCL |
| 94 | 100164-7 | NCL |
| 95 | 100165-5 | NCL |
| 96 | 100166-3 | NCL |
| 97 | 100168-0 | NCL |
| 98 | 100169-8 | NCL |
| 99 | 100170-1 | NP |
| 100 | 100172-8 | DEF |
| 101 | 100175-2 | NCL |
| 102 | 100177-9 | NCL |
| 103 | 100182-5 | NCL |
| 104 | 100188-4 | NCL |
| 105 | 100189-2 | NCL |
| 106 | 100190-6 | NP |
| 107 | 100193-0 | NCL |
| 108 | 100194-9 | NCL |
| 109 | 100195-7 | NCL |
| 110 | 100196-5 | NCL |
| 111 | 100197-3 | NCL |
| 112 | 100201-5 | NCL |
| 113 | 100206-6 | NCL |
| 114 | 100207-4 | NCL |
| 115 | 100209-0 | NCL |
| 116 | 100210-4 | DEF |
| 117 | 100214-7 | NCL |
| 118 | 100221-0 | DEF |
| 119 | 100222-8 | DEF |
| 120 | 100223-6 | NP |
| 121 | 100226-0 | NCL |
| 122 | 100227-9 | DEF |
| 123 | 100228-7 | NCL |
| 124 | 100230-9 | NTX |
| 125 | 100231-7 | NCL |
| 126 | 100232-5 | DEF |
| 127 | 100234-1 | DEF |
| 128 | 100238-4 | NCL |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **129** | 100240-6 | NP |
| **130** | 100241-4 | NCL |
| **131** | 100246-5 | NCL |
| **132** | 100247-3 | NCL |
| **133** | 100248-1 | NTX |
| **134** | 100250-3 | NCL |
| **135** | 100251-1 | NCL |
| **136** | 100257-0 | NCL |
| **137** | 100260-0 | NCL |
| **138** | 100265-1 | NCL |
| **139** | 100270-8 | DEF |
| **140** | 100271-6 | NCL |
| **141** | 100272-4 | NP |
| **142** | 100275-9 | NCL |
| **143** | 100276-7 | NCL |
| **144** | 100277-5 | NCL |
| **145** | 100278-3 | DEF |
| **146** | 100280-5 | NCL |
| **147** | 100282-1 | NTX |
| **148** | 100283-0 | NP |
| **149** | 100287-2 | NCL |
| **150** | 100292-9 | NCL |
| **151** | 100295-3 | NCL |
| **152** | 100296-1 | NP |
| **153** | 100297-0 | DEF |
| **154** | 100298-8 | NP |
| **155** | 100300-3 | NCL |
| **156** | 100302-0 | NCL |
| **157** | 100309-7 | DEF |
| **158** | 100311-9 | NCL |
| **159** | 100312-7 | NCL |
| **160** | 100314-3 | DEF |
| **161** | 100316-0 | NCL |
| **162** | 100317-8 | NCL |
| **163** | 100332-1 | DEF |
| **164** | 100333-0 | NCL |
| **165** | 100334-8 | NCL |
| **166** | 100341-0 | NP |
| **167** | 100345-3 | NCL |
| **168** | 100348-8 | DEF |
| **169** | 100352-6 | NP |
| **170** | 100357-7 | NCL |
| **171** | 100358-5 | NTX |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **172** | 100359-3 | NTX |
| **173** | 100363-1 | NP |
| **174** | 100364-0 | NCL |
| **175** | 100366-6 | NCL |
| **176** | 100367-4 | NCL |
| **177** | 100368-2 | NCL |
| **178** | 100369-0 | NCL |
| **179** | 100370-4 | NCL |
| **180** | 100377-1 | NP |
| **181** | 100378-0 | NP |
| **182** | 100379-8 | NP |
| **183** | 100382-8 | NCL |
| **184** | 100385-2 | NCL |
| **185** | 100386-0 | NCL |
| **186** | 100389-5 | NCL |
| **187** | 100392-5 | NCL |
| **188** | 100394-1 | NCL |
| **189** | 100395-0 | NCL |
| **190** | 100398-4 | NCL |
| **191** | 100399-2 | NP |
| **192** | 100400-0 | NCL |
| **193** | 100402-6 | NCL |
| **194** | 100403-4 | NCL |
| **195** | 100404-2 | DUP |
| **196** | 100405-0 | DUP |
| **197** | 100406-9 | DUP |
| **198** | 100407-7 | DUP |
| **199** | 100408-5 | DUP |
| **200** | 100411-5 | NP |
| **201** | 100415-8 | NCL |
| **202** | 100416-6 | NCL |
| **203** | 100417-4 | NCL |
| **204** | 100418-2 | NCL |
| **205** | 100419-0 | NCL |
| **206** | 100420-4 | NCL |
| **207** | 100421-2 | NCL |
| **208** | 100425-5 | DEF |
| **209** | 100426-3 | NCL |
| **210** | 100428-0 | NCL |
| **211** | 100429-8 | DEF |
| **212** | 100430-1 | NCL |
| **213** | 100432-8 | NCL |
| **214** | 100433-6 | NCL |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **215** | 100437-9 | NCL |
| **216** | 100441-7 | NCL |
| **217** | 100443-3 | DEF |
| **218** | 100447-6 | NCL |
| **219** | 100449-2 | NCL |
| **220** | 100450-6 | NCL |
| **221** | 100451-4 | NCL |
| **222** | 100452-2 | NCL |
| **223** | 100455-7 | NCL |
| **224** | 100458-1 | NP |
| **225** | 100461-1 | DEF |
| **226** | 100462-0 | NCL |
| **227** | 100463-8 | NTX |
| **228** | 100464-6 | DEF |
| **229** | 100468-9 | NCL |
| **230** | 100469-7 | NCL |
| **231** | 100470-0 | NCL |
| **232** | 100471-9 | NCL |
| **233** | 100474-3 | NCL |
| **234** | 100475-1 | NCL |
| **235** | 100477-8 | NCL |
| **236** | 100479-4 | NCL |
| **237** | 100480-8 | NCL |
| **238** | 100481-6 | NP |
| **239** | 100483-2 | NCL |
| **240** | 100484-0 | NCL |
| **241** | 100485-9 | DEF |
| **242** | 100490-5 | DEF |
| **243** | 100498-0 | NCL |
| **244** | 100499-9 | NCL |
| **245** | 100502-2 | NCL |
| **246** | 100505-7 | NCL |
| **247** | 100507-3 | NCL |
| **248** | 100508-1 | DUP |
| **249** | 100513-8 | NP |
| **250** | 100514-6 | NP |
| **251** | 100520-0 | NCL |
| **252** | 100521-9 | NCL |
| **253** | 100522-7 | NCL |
| **254** | 100523-5 | NCL |
| **255** | 100524-3 | NP |
| **256** | 100525-1 | NCL |
| **257** | 100526-0 | NP |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | | |
|---|---|---|---|
| 258 | 100527-8 | NCL | |
| 259 | 100530-8 | NCL | |
| 260 | 100531-6 | NCL | |
| 261 | 100532-4 | NCL | |
| 262 | 100533-2 | NCL | |
| 263 | 100534-0 | NCL | |
| 264 | 100535-9 | NCL | |
| 265 | 100536-7 | NCL | |
| 266 | 100537-5 | NCL | |
| 267 | 100538-3 | NCL | |
| 268 | 100542-1 | NCL | |
| 269 | 100543-0 | NCL | |
| 270 | 100544-8 | NCL | NSTD |
| 271 | 100545-6 | DEF | |
| 272 | 100546-4 | NCL | |
| 273 | 100547-2 | NP | |
| 274 | 100553-7 | NCL | |
| 275 | 100554-5 | NCL | |
| 276 | 100559-6 | NCL | |
| 277 | 100561-8 | DEF | |
| 278 | 100563-4 | NCL | |
| 279 | 100564-2 | NTX | |
| 280 | 100565-0 | NCL | |
| 281 | 100566-9 | NCL | |
| 282 | 100567-7 | NCL | |
| 283 | 100568-5 | NCL | |
| 284 | 100569-3 | NCL | |
| 285 | 100570-7 | NCL | |
| 286 | 100571-5 | NCL | |
| 287 | 100572-3 | NCL | |
| 288 | 100573-1 | NTX | |
| 289 | 100574-0 | NTX | |
| 290 | 100576-6 | NTX | |
| 291 | 100577-4 | NTX | |
| 292 | 100578-2 | NTX | |
| 293 | 100579-0 | NCL | |
| 294 | 100580-4 | NCL | |
| 295 | 100581-2 | NCL | |
| 296 | 100582-0 | NTX | |
| 297 | 100583-9 | DEF | |
| 298 | 100584-7 | NCL | |
| 299 | 100585-5 | NP | |
| 300 | 100587-1 | DEF | |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **301** | 100588-0 | NCL |
| **302** | 100589-8 | NCL |
| **303** | 100590-1 | NCL |
| **304** | 100591-0 | DEF |
| **305** | 100592-8 | DEF |
| **306** | 100593-6 | NCL |
| **307** | 100595-2 | NCL |
| **308** | 100597-9 | NP |
| **309** | 100598-7 | NCL |
| **310** | 100600-2 | NCL |
| **311** | 100601-0 | NCL |
| **312** | 100603-7 | NCL |
| **313** | 100604-5 | DEF |
| **314** | 100606-1 | NCL |
| **315** | 100613-4 | NP |
| **316** | 100614-2 | NP |
| **317** | 100616-9 | DEF |
| **318** | 100617-7 | NCL |
| **319** | 100620-7 | NCL |
| **320** | 100623-1 | NP |
| **321** | 100624-0 | NTX |
| **322** | 100625-8 | NTX |
| **323** | 100626-6 | NTX |
| **324** | 100627-4 | NTX |
| **325** | 100628-2 | NTX |
| **326** | 100629-0 | NTX |
| **327** | 100630-4 | NTX |
| **328** | 100633-9 | NCL |
| **329** | 100635-5 | DEF |
| **330** | 100636-3 | NCL |
| **331** | 100642-8 | NP |
| **332** | 100643-6 | NCL |
| **333** | 100644-4 | NCL |
| **334** | 100645-2 | NCL |
| **335** | 100648-7 | NCL |
| **336** | 100654-1 | NCL |
| **337** | 100655-0 | NCL |
| **338** | 100656-8 | NCL |
| **339** | 100657-6 | NP |
| **340** | 100660-6 | NCL |
| **341** | 100662-2 | NCL |
| **342** | 100663-0 | NCL |
| **343** | 100664-9 | NCL |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **344** | 100666-5 | NCL |
| **345** | 100668-1 | NCL |
| **346** | 100669-0 | DEF |
| **347** | 100670-3 | NCL |
| **348** | 100671-1 | NCL |
| **349** | 100672-0 | NCL |
| **350** | 100678-9 | DEF |
| **351** | 100680-0 | NCL |
| **352** | 100681-9 | NCL |
| **353** | 100682-7 | NCL |
| **354** | 100683-5 | NCL |
| **355** | 100684-3 | NP |
| **356** | 100685-1 | NCL |
| **357** | 100686-0 | DEF |
| **358** | 100687-8 | NCL |
| **359** | 100688-6 | NCL |
| **360** | 100689-4 | WDN |
| **361** | 100694-0 | DEF |
| **362** | 100695-9 | DEF |
| **363** | 100696-7 | DEF |
| **364** | 100697-5 | NCL |
| **365** | 100698-3 | NCL |
| **366** | 100699-1 | DEF |
| **367** | 100701-7 | NCL |
| **368** | 100702-5 | NCL |
| **369** | 100703-3 | NCL |
| **370** | 100704-1 | NCL |
| **371** | 100705-0 | NCL |
| **372** | 100707-6 | NP |
| **373** | 100711-4 | NP |
| **374** | 100713-0 | NCL |
| **375** | 100714-9 | NCL |
| **376** | 100715-7 | NP |
| **377** | 100716-5 | NP |
| **378** | 100719-0 | NCL |
| **379** | 100720-3 | NCL |
| **380** | 100721-1 | NCL |
| **381** | 100722-0 | NCL |
| **382** | 100726-2 | NCL |
| **383** | 100727-0 | NCL |
| **384** | 100728-9 | NCL |
| **385** | 100729-7 | NCL |
| **386** | 100730-0 | NCL |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| 387 | 100731-9 | NCL | |
|-----|----------|-----|------|
| 388 | 100732-7 | NCL | |
| 389 | 100733-5 | NCL | NSTD |
| 390 | 100734-3 | NP | |
| 391 | 100735-1 | NTX | |
| 392 | 100736-0 | NCL | |
| 393 | 100740-8 | NCL | |
| 394 | 100741-6 | DEF | |
| 395 | 100742-4 | NCL | |
| 396 | 100746-7 | NCL | |
| 397 | 100747-5 | NCL | |
| 398 | 100748-3 | DEF | |
| 399 | 100750-5 | NP | |
| 400 | 100751-3 | NP | |
| 401 | 100752-1 | NP | |
| 402 | 100753-0 | NP | |
| 403 | 100754-8 | NP | |
| 404 | 100755-6 | DEF | |
| 405 | 100756-4 | DEF | |
| 406 | 100760-2 | NCL | |
| 407 | 100761-0 | NP | |
| 408 | 100762-9 | NP | |
| 409 | 100764-5 | NCL | |
| 410 | 100765-3 | NCL | |
| 411 | 100766-1 | NCL | |
| 412 | 100767-0 | NCL | |
| 413 | 100768-8 | NCL | |
| 414 | 100770-0 | NCL | |
| 415 | 100772-6 | NCL | |
| 416 | 100773-4 | NCL | |
| 417 | 100774-2 | NCL | |
| 418 | 100777-7 | DEF | |
| 419 | 100782-3 | NCL | |
| 420 | 100783-1 | NP | |
| 421 | 100788-2 | NCL | |
| 422 | 100789-0 | NCL | |
| 423 | 100790-4 | NCL | |
| 424 | 100791-2 | NCL | |
| 425 | 100792-0 | NCL | |
| 426 | 100793-9 | NCL | |
| 427 | 100794-7 | NCL | |
| 428 | 100796-3 | NCL | |
| 429 | 100798-0 | NCL | |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **430** | 100801-3 | NCL |
| **431** | 100804-8 | NCL |
| **432** | 100806-4 | NCL |
| **433** | 100807-2 | DEF |
| **434** | 100810-2 | NCL |
| **435** | 100814-5 | NCL |
| **436** | 100815-3 | DEF |
| **437** | 100816-1 | DUP |
| **438** | 100817-0 | NCL |
| **439** | 100818-8 | NCL |
| **440** | 100820-0 | NP |
| **441** | 100823-4 | NCL |
| **442** | 100824-2 | NCL |
| **443** | 100825-0 | NCL |
| **444** | 100828-5 | NCL |
| **445** | 100829-3 | NCL |
| **446** | 100832-3 | NCL |
| **447** | 100834-0 | DEF |
| **448** | 100836-6 | DUP |
| **449** | 100840-4 | NCL |
| **450** | 100844-7 | NCL |
| **451** | 100845-5 | NP |
| **452** | 100846-3 | NCL |
| **453** | 100847-1 | NCL |
| **454** | 100849-8 | NCL |
| **455** | 100850-1 | NCL |
| **456** | 100854-4 | NP |
| **457** | 100855-2 | NCL |
| **458** | 100856-0 | NCL |
| **459** | 100861-7 | NCL |
| **460** | 100862-5 | NCL |
| **461** | 100863-3 | NCL |
| **462** | 100865-0 | NCL |
| **463** | 100867-6 | DEF |
| **464** | 100870-6 | DEF |
| **465** | 100873-0 | NCL |
| **466** | 100875-7 | NP |
| **467** | 100876-5 | DEF |
| **468** | 100877-3 | NCL |
| **469** | 100878-1 | NCL |
| **470** | 100879-0 | DEF |
| **471** | 100880-3 | NCL |
| **472** | 100882-0 | NCL |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| **473** | 100883-8 | DUP |
| **474** | 100884-6 | DUP |
| **475** | 100885-4 | DUP |
| **476** | 100886-2 | NCL |
| **477** | 100887-0 | NP |
| **478** | 100889-7 | NCL |
| **479** | 100890-0 | NTX |
| **480** | 100892-7 | DEF |
| **481** | 100893-5 | NCL |
| **482** | 100896-0 | NCL |
| **483** | 100897-8 | NP |
| **484** | 100898-6 | NCL |
| **485** | 100902-8 | NP |
| **486** | 100907-9 | NCL |
| **487** | 100909-5 | NCL |
| **488** | 100910-9 | NP |
| **489** | 100911-7 | NCL |
| **490** | 100913-3 | NCL |
| **491** | 100916-8 | NP |
| **492** | 100919-2 | NCL |
| **493** | 100920-6 | NCL |
| **494** | 100922-2 | NCL |
| **495** | 100923-0 | NCL |
| **496** | 100924-9 | NCL |
| **497** | 100925-7 | NCL |
| **498** | 100926-5 | NCL |
| **499** | 100927-3 | NCL |
| **500** | 100928-1 | NCL |
| **501** | 100929-0 | NCL |
| **502** | 100930-3 | NCL |
| **503** | 100932-0 | DUP |
| **504** | 100934-6 | NCL |
| **505** | 100937-0 | NCL |
| **506** | 100938-9 | DUP |
| **507** | 100939-7 | DUP |
| **508** | 100940-0 | DUP |
| **509** | 100941-9 | DUP |
| **510** | 100942-7 | DUP |
| **511** | 100943-5 | NCL |
| **512** | 100948-6 | NCL |
| **513** | 100949-4 | DEF |
| **514** | 100951-6 | NCL |
| **515** | 100956-7 | DUP |

JBI, Inc. Securities Litigation
Case No. 3:11-CV-00545-RCJ-WGC
Exhibit D(2) - Rejected Claims with Code

| | | |
|---|---|---|
| 516 | 100957-5 | NCL |
| 517 | 100958-3 | NCL |
| 518 | 100965-6 | DEF |
| 519 | 100969-9 | NCL |
| 520 | 100970-2 | NTX |
| 521 | 100971-0 | DEF |
| 522 | 100972-9 | DEF |
| 523 | 100977-0 | DEF |
| 524 | 100979-6 | DEF |
| 525 | 100981-8 | NTX |
| 526 | 100982-6 | DEF |
| 527 | 600001-0 | NCL |
| 528 | 600002-9 | DEF |
| 529 | 600005-3 | NCL |
| 530 | 600006-1 | NCL |
| 531 | 600007-0 | NP |
| 532 | 600008-8 | NCL |
| 533 | 600009-6 | NCL |
| 534 | 600010-0 | NP |
| 535 | 600013-4 | NCL |
| 536 | 600014-2 | NCL |
| 537 | 600015-0 | NCL |
| 538 | 600019-3 | NCL |
| 539 | 600020-7 | NCL |
| 540 | 600021-5 | NP |
| 541 | 600022-3 | NP |
| 542 | 600023-1 | NCL |
| 543 | 600024-0 | NCL |
| 544 | 600025-8 | NCL |
| 545 | 600026-6 | NP |
| 546 | 600029-0 | NP |
| 547 | 600030-4 | NP |
| 548 | 600032-0 | NP |
| 549 | 600033-9 | NCL |
| 550 | 600038-0 | NCL |